UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | CASE NO. 3:CV-12-03877 JCS<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY CASE<br><br>Date: October 29, 2012<br>Time: 9:30 a.m.<br>Dept.: Courtroom G, 15th Floor<br>Judge: Honorable Joseph C. Spero |

Upon consideration of the Joint Motion to Stay filed by Plaintiffs Technology Properties Limited LLC, Phoenix Digital Solutions LLC and Patriot Scientific Corporation (collectively, "TPL") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"), and upon the briefing, exhibits, and oral argument presented by the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1) TPL's and Samsung's Joint Motion to Stay is GRANTED in its entirey. Effective immediately this action is hereby stayed until the determination in International Trade Commission Investigation No. 337-TA-853 becomes final.

1       2)    Samsung shall have 30 days to file a responsive pleading to the complaint filed in

2 this action once the stay is lifted.

3 The clerk shall administratively close the file.

4 IT IS SO ORDERED.

5 Dated: September 27, 2012

                                                                     United States District Court Judge
                                                                     Lucy H. Koh