UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | CASE NO. 3:12-CV-03877-VC (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING TIME OF THE HEARING ON SAMSUNG'S MOTION TO STRIKE (CIVIL L.R. 6-2)**<br><br>DATE: August 11, 2015<br>TIME: 10:00 AM<br>PLACE: Courtroom 5<br>JUDGE: Hon. Paul S. Grewal |

Pursuant to Civil Local Rule 6-2 Plaintiffs Technology Properties Limited LLC, Phoenix Digital Solutions LLC, and Patriot Scientific Corporation (collectively, "PDS" or "Plaintiffs") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") respectfully submit this Stipulation to change the hearing date on Samsung's Motion to Strike Infringement Contentions Or Alternatively To Compel Supplemental Infringement Contentions ("Motion to Strike").

WHEREAS, Samsung's Motion to Strike was filed on June 9, 2015, and currently is scheduled for hearing on August 11, 2015;[1]

WHEREAS, PDS filed a related Motion to Compel Discovery on June 11, 2015, which was also noticed for hearing on August 11, 2015 ("Motion to Compel);

WHEREAS, PDS filed a Request to Shorten Time to have its Motion to Compel heard on June 30, 2015, and requested "that the hearing and briefing for Samsung's Motion to Strike be placed on the same expedited schedule that PDS is seeking for its Motion to Compel";

WHEREAS, on June 22, 2015, the Court issued an Order on PDS's Motion to Shorten Time on the Motion to Compel, and reset the hearing on the Motion to Compel to June 30, 2015;

WHEREAS, on June 22, 2015, the Court also issued an Order on a motion to shorten time filed by PDS in the related case 12-cv-3880-VC-PSG, resetting a similar motion to compel filed by PDS, and a related motion to strike infringement contentions filed by Defendant LG, to June 30, 2015;

WHEREAS, PDS and Samsung agree that the Motion to Strike and the Motion to Compel should be set for hearing together on June 30, 2015;

NOW, THEREFORE, the parties, pursuant to Local Rule 6-2, hereby agree and stipulate as follows:

1. The hearing on Samsung's Motion to Strike, currently scheduled for August 11, 2015, should be reset to June 30, 2015 at 10:00 a.m. in Courtroom 5, 4th Floor, United States District Court for the Northern District of California, 280 South 1st Street, San Jose, CA 95113,

---

[1] Samsung's Motion to Strike originally was noticed for hearing on July 21, 2015, and was reset to August 11, 2015, pursuant to the Clerk's Notice Resetting July 21, 2015 Motion Hearing, which issued on June 10, 2015.

before the Honorable Paul S. Grewal.

IT IS SO STIPULATED.

Dated: June 23, 2015

| NELSON BUMGARDNER, P.C. | DLA PIPER LLP (US) |
|---|---|
| By: */s/ Brent N.Bumgardner*<br>Edward R. Nelson, III (*Pro Hac Vice*)<br>ed@nelbum.com<br>Brent Nelson Bumgardner (*Pro Hac Vice*)<br>brent@nelbum.com<br>Barry J. Bumgardner (*Pro Hac Vice*)<br>barry@nelbum.com<br>Thomas Christopher Cecil (*Pro Hac Vice*)<br>tom@nelbum.com<br>**NELSON BUMGARDNER, P.C.**<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>[Tel.] (817) 377-9111<br>[Fax] (817) 377-3485<br><br>Christopher D. Banys (SBN 230038)<br>cdb@banyspc.com<br>Jennifer Lu Gilbert (SBN 255820)<br>jlg@banyspc.com<br>**BANYS, P.C.**<br>1032 Elwell Court, Suite 100<br>Palo Alto, California 94303<br>[Tel.] (650) 308-8505<br>[Fax] (650) 353-2202<br><br>Attorneys for Plaintiff<br>Phoenix Digital Solutions LLC | By: */s/ Aaron Wainscoat*<br>Aaron Wainscoat<br>aaron.wainscoat@dlapiper.com<br>**DLA PIPER LLP (US)**<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>Tel: (650) 833-2442<br>Fax: (650) 687-1135<br><br>Attorneys for Defendants<br>Samsung Electronics Co., Ltd. and<br>Samsung Electronics America, Inc. |

////

////

////

////

////

-2-
STIPULATION AND [~~PROPOSED~~] ORDER CHANGING HEARING DATE
NO. 3:12-CV-03877-VC (PSG)

WEST\258981198.1

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on Samsung's Motion to Strike currently scheduled for August 11, 2015, is hereby continued to June 30, 2015 at 10:00 a.m. in Courtroom 5, 4th Floor, United States District Court for the Northern District of California, 280 South 1st Street, San Jose, CA 95113, before the Honorable Paul S. Grewal.

Dated this 25th day of June, 2015.

_____
HON. PAUL S. GREWAL

**ATTESTATION**

I, Aaron Wainscoat, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civi Local Rule 5-1(i)(3), I hereby attest that Brent Bumgardner has read and approved the filing of this Stipulation.

Dated: June 23, 2015

DLA PIPER LLP (US)

By: */s/ Aaron Wainscoat*
Aaron Wainscoat
aaron.wainscoat@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303
Tel: (650) 833-2442
Fax: (650) 687-1135

Attorneys for Defendants
Samsung Electronics Co., Ltd. and
Samsung Electronics America, Inc.