**DENIED**
*Paul S. Grewal*
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　Defendants. | CASE NO.  3:12-CV-03877-VC (PSG)<br><br>**ORDER DENYING DEFENDANTS SAMSUNG ELECTRONICS CO., LTD.'S AND SAMSUNG ELECTRONICS AMERICA, INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PORTIONS OF SAMSUNG'S MOTION TO STRIKE INFRINGEMENT CONTENTIONS**<br><br>Complaint Filed:   July 24, 2012<br><br>Courtroom:        5<br>Judge:             Hon. Paul S. Grewal |

Pursuant to Civil Local Rules 7-11 and 79-5 (e), and after consideration of Defendants Samsung Electronics Co., Ltd.'s and Samsung Electronics America, Inc.'s (collectively, "Samsung") Motion For Administrative Relief To File Under Seal, the Court rules that the following material shall be filed under seal:

| **Samsung's Motion to Strike Infringement Contentions** ||
|---|---|
| **Document / Pages** | **Content** |
| Motion / 2, 5, 6, 9-13 | Portions of Samsung's Motion to Strike Infringement Contentions quoting and/or describing excerpts from claim charts E-1, E-2 and/or E-3, the entirety of which were designated by Plaintiffs as "Highly Confidential – Attorneys' Eyes Only" or "Confidential Business Information Subject To Protective Order." |
| Exhibit 3 | This document was attached to Plaintiffs' Infringement Contentions as Claim Chart E-1 ("Claim Chart For Infringement of U.S. Patent No. 5,809,336 By Samsung"). <br><br>The entirety of this exhibit was designated by Plaintiffs as "Confidential Business Information Subject To Protective Order." |
| Exhibit 4 | This document was attached to Plaintiffs' Infringement Contentions as Claim Chart E-2 ("Claim Chart For Infringement of U.S. Patent No5,530,890 By Samsung"). <br><br>The entirety of this exhibit was designated by Plaintiffs as "Highly Confidential – Attorneys' Eyes Only." |
| Exhibit 5 | This document was attached to Plaintiffs' Infringement Contentions as Claim Chart E-3 ("Claim Chart For Infringement of U.S. Patent No. 5,440,749 By Samsung"). <br><br>The entirety of this exhibit was designated by Plaintiffs as "Highly Confidential – Attorneys' Eyes Only." |

IT IS HEREBY ORDERED THAT the above materials shall be filed under seal.

**IT IS SO ORDERED.**

Dated: _____

                              HON. PAUL S. GREWAL