UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., et al.,<br><br>    Defendants. | Case No.  12-cv-03865-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 98, 105 |
| TECHNOLOGY PROPERTIES LIMITED, LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ZTE CORPORATION, et al.,<br><br>    Defendants. | Case No.  12-cv-03876-VC<br><br>Re: Dkt. Nos. 109, 112 |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONIC CO., LTD, et al.,<br><br>    Defendants. | Case No.  12-cv-03877-VC<br><br>Re: Dkt. Nos. 104, 107 |

|   |   |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>        Defendants. | Case No.  12-cv-03880-VC<br><br>Re: Dkt. Nos. 117, 120 |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NINTENDO CO., LTD, et al.,<br><br>        Defendants. | Case No.  12-cv-03881-VC<br><br>Re: Dkt. Nos. 106, 109 |

The Court agrees with the plaintiffs that de novo review of the Magistrate Judge's Report and Recommendation is warranted.  Having reviewed the Report and Recommendation de novo, the Court adopts it without modification.

**IT IS SO ORDERED.**

Dated: November 9, 2015

VINCE CHHABRIA
United States District Judge