UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>Plaintiffs<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., et al.,<br><br>Defendants. | Case No. 3:12-cv-03865-VC (PSG)<br><br>**FINAL JUDGMENT** |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>Plaintiffs<br><br>v.<br><br>ZTE CORPORATION, et al.,<br><br>Defendants. | Case No. 3:12-cv-03876-VC (PSG) |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., <br><br>    Plaintiffs <br><br>    v. <br><br>SAMSUNG ELECTRONICS CO., LTD., et al., <br>    Defendants. | Case No.  3:12-cv-03877-VC (PSG) |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., <br><br>    Plaintiffs <br><br>    v. <br><br>LG ELECTRONICS, INC., et al., <br><br>    Defendants. | Case No. 3:12-cv-03880-VC (PSG) |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., <br><br>    Plaintiffs <br><br>    v. <br><br>NINTENDO CO., LTD, et al. <br><br>    Defendants. | Case No. 3:12-cv-03881-VC (PSG) |

    Based upon this Court's construction of the term "an entire oscillator disposed upon said integrated circuit substrate" as "an [oscillator] located entirely on the same semiconductor substrate as the [central processing unit] that does not require a control signal and whose frequency is not fixed by any external crystal" in U.S. Patent No. 5,809,336 (the "'336 patent") pursuant to the Claim Construction Report and Recommendation, dated September 22, 2015, and this Court's Order Adopting Magistrate Judge's Report and Recommendation, dated November 9, 2015, Plaintiffs Technology Properties Limited LLC, Phoenix Digital Solutions LLC, and Patriot Scientific Corporation (collectively, "Plaintiffs") and Defendants Huawei Technologies Co., Ltd.,

1  Huawei Device Co., Ltd., Huawei Device USA, Inc., Futurewei Technologies, Inc., Huawei
2  Technologies USA, Inc., ZTE Corporation, ZTE (USA) Inc., Samsung Electronics Co., Ltd.,
3  Samsung Electronics America, Inc., LG Electronics, Inc., LG Electronics U.S.A., Inc., Nintendo
4  Co., Ltd., and Nintendo of America, Inc. (collectively, "Defendants") (together, the "Parties")
5  have stipulated that all Defendants are entitled to a judgment of non-infringement as a matter of
6  law as to all of Plaintiffs' asserted claims of the '336 patent in the above-titled and numbered civil
7  cases (collectively, "this Action").

      Accordingly, the Court enters Judgment as follows:

      Judgment is entered against Plaintiffs and for Defendants as to Plaintiffs' claims for patent infringement with respect to the '336 patent, subject to the parties' right to appeal.

      Subject to the parties' right to appeal, the Court further enters judgment for Defendants and against Plaintiffs on Defendants' respective counterclaims seeking declaratory judgment of non-infringement and Defendants' respective affirmative defenses of non-infringement, and declares the '336 patent not infringed by Defendants.  Plaintiffs shall take nothing from Defendants with respect to the asserted claims of the '336 patent.

      All other claims, counterclaims, defenses, or other matters which have been asserted, including Defendants' counterclaims of patent invalidity, are dismissed without prejudice.

      Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**

Dated:  November 13, 2015

_____
VINCE CHHABRIA
United States District Judge