1 (*Counsel listed on signature page*)

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | TECHNOLOGY PROPERTIES LIMITED LLC, et al., | Case No. 3:12-cv-03865-VC |
|---|---|
| Plaintiffs, | **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO:** |
| v. | |
| HUAWEI TECHNOLOGIES CO., LTD., et al., | **1) MOTION FOR EXTENSION;** **2) MOTION TO WITHDRAW AS COUNSEL** |
| Defendants. | **JUDGE: Hon. Vince Chhabria** |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., | CASE NO.  3:12-cv-03876-VC |
| Plaintiffs, | |
| v. | |
| ZTE CORPORATION, et al., | |
| Defendants. | |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al., | Case No.  3:12-cv-03877-VC |
| Plaintiffs, | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |

DEFENDANTS' STATEMENT OF NON-OPPOSITION TO
MOTION FOR EXTENSION AND MOTION TO WITHDRAW
Case Nos.: 3:12-CV-03865; -03876; -03877; -03880; -03881

| | | |
|---|---|---|
| 1 | TECHNOLOGY PROPERTIES LIMITED LLC, et al., | Case No. 3:12-cv-03880-VC |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | LG ELECTRONICS, INC., et al., | |
| 5 | Defendants. | |
| 6 | | |
| 7 | TECHNOLOGY PROPERTIES LIMITED LLC, et al., | Case No. 3:12-cv-03881-VC |
| 8 | Plaintiffs, | |
| 9 | v. | |
| 10 | NINTENDO CO., LTD, et al. | |
| 11 | Defendants. | |

Pursuant to Local Rule 7-3(b), Defendants Huawei Technologies Co., Ltd., Huawei Device Co., Ltd., Huawei Device USA, Inc., Futurewei Technologies, Inc., Huawei Technologies USA, Inc., ZTE Corporation, ZTE (USA) Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., LG Electronics, Inc., LG Electronics U.S.A., Inc., Nintendo Co., Ltd., and Nintendo of America Inc. (collectively, "Defendants") advise the Court that they do not oppose the Motion for Extension of Time (Dkt. No. 129) and the Motion to Withdraw as Counsel of Record (Dkt. No. 128).[1]

While these motions were originally filed and captioned by Plaintiffs as "Unopposed," Defendants submit this Statement of Non-Opposition pursuant to the Local Civil Rules to confirm their non-opposition.

Dated:  July 19, 2017

**DLA PIPER LLP (US)**

*/s/ Aaron Wainscoat*
Mark D. Fowler (SBN 124235)
Aaron Wainscoat (SBN 218337)
Erik R. Fuehrer (SBN 252578)
2000 University Avenue
East Palo Alto, CA 94303
Tel.  (650) 833-2000
Fax  (650) 833-2001

James M. Heintz (*pro hac vice*)
11911 Freedom Dr.
Reston, VA 20190
Tel.  (703) 733-4000
Fax  (703)733-5000

Robert C. Williams (SBN 246990)
401 B Street, Suite 1700
San Diego, California 92101
Tel.  (619) 699-2700
Fax  (619) 699-2701

---

[1] While these docket references apply to the unopposed motions filed in *Technology Properties Ltd., et al. vs. Samsung Electronics Co., Ltd., et al.*, Case No. 12-cv-03877-VC, the same unopposed motions were filed in each of the above-captioned Related Cases.

DEFENDANTS' STATEMENT OF NON-OPPOSITION TO
MOTION FOR EXTENSION AND MOTION TO WITHDRAW
Case Nos.: 3:12-CV-03865; -03876; -03877; -03880; -03881

1

| | |
|---|---|
| 1 | |
| 2 | Attorneys for Defendants<br>SAMSUNG ELECTRONICS CO., LTD.<br>and SAMSUNG ELECTRONICS<br>AMERICA, INC. |
| 3 | |
| 4 | |
| 5 | **MCDERMOTT WILL & EMERY LLP** |
| 6 | */s/ Charles M. McMahon*<br>MCDERMOTT WILL & EMERY LLP |
| 7 | Charles M. McMahon (*pro hac vice*)<br>cmcmahon@mwe.com |
| 8 | Hersh H. Mehta (*pro hac vice*)<br>hmehta@mwe.com |
| 9 | 444 West Lake Street<br>Chicago, IL 60606 |
| 10 | [Tel.] (312) 372-2000<br>[Fax] (312) 984-7700 |
| 11 | Fabio E. Marino (SBN 183825) |
| 12 | fmarino@mwe.com<br>L. Kieran Kieckhefer (SBN 251978) |
| 13 | kkieckhefer@mwe.com<br>275 Middlefield Road, Ste. 100 |
| 14 | Menlo Park, CA 94025<br>[Tel.] (650) 815-7400 |
| 15 | [Fax] (650) 815-7401 |
| 16 | Attorneys for Defendants,<br>ZTE CORPORATION and ZTE (USA) INC. |
| 17 | |
| 18 | **STEPTOE & JOHNSON LLP** |
| 19 | /s/  *Timothy C. Bickham*<br>Timothy C. Bickham |
| 20 | Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW |
| 21 | Washington, DC 20036<br>Telephone: (202) 429-5517 |
| 22 | Facsimile:  (202) 429-3902 |
| 23 | Attorneys for Defendants |
| 24 | HUAWEI TECHNOLOGIES CO., LTD.,<br>HUAWEI DEVICE CO., LTD., |
| 25 | HUAWEI DEVICE USA INC.,<br>FUTUREWEI TECHNOLOGIES, INC., and |
| 26 | HUAWEI TECHNOLOGIES USA INC. |
| 27 | **FISH & RICHARDSON P.C.** |
| 28 | |

DEFENDANTS' STATEMENT OF NON-OPPOSITION TO
MOTION FOR EXTENSION AND MOTION TO WITHDRAW
Case Nos.: 3:12-CV-03865; -03876; -03877; -03880; -03881

2

|   |   |
|---|---|
|   | /s/ *Christian A. Chu* |
|   | Michael J. McKeon, *pro hac vice* |
|   | mckeon@fr.com |
|   | Christian A. Chu (CA SBN 218336) |
|   | chu@fr.com |
|   | Richard A. Sterba, *pro hac vice* |
|   | sterba@fr.com |
|   | Scott A. Elengold, *pro hac vice* |
|   | elengold@fr.com |
|   | FISH & RICHARDSON P.C. |
|   | McPherson Building |
|   | 901 15th Street, N.W., 7th Floor |
|   | Washington, D.C.  20005 |
|   | Tel.  (202) 783-5070 |
|   | Fax:  (202) 783-2331 |

Olga I. May (CA SBN 232012)
omay@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Tel.   (858) 678-4745
Fax:  (858) 678-5099

Attorneys for Defendants
LG ELECTRONICS, INC. and
LG ELECTRONICS USA. INC.

**COOLEY LLP**

*/s/  Matthew J. Brigham*
**Cooley LLP**
Matthew J. Brigham (SBN 191428)
mbrigham@cooley.com
3175 Hanover Street
Palo Alto, CA 94304-1130
Tel.:  (650) 843-5000
Fax:  (650) 849-7400

Stephen R. Smith (pro hac vice)
stephen.smith@cooley.com
1299 Pennsylvania Ave., NW
Suite 700
Washington, DC 20004
COOLEY LLP
Tel.:  (703) 456-8000
Fax:  (703) 456-8100

Attorneys for Defendants
NINTENDO CO., LTD and
NINTENDO OF AMERICA INC.

---

DEFENDANTS' STATEMENT OF NON-OPPOSITION TO
MOTION FOR EXTENSION AND MOTION TO WITHDRAW
Case Nos.: 3:12-CV-03865; -03876; -03877; -03880; -03881

3

**ATTESTATION**

I, Aaron Wainscoat, am the ECF User whose ID and password are being used to file Defendants' Statement of Non-Opposition.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories listed above have read and approved the filing of this brief.

> */s/ Aaron Wainscoat*
> Aaron Wainscoat
> DLA Piper LLP (US)
> 2000 University Avenue
> East Palo Alto, CA  94303
> Tel.  (650) 833-2000
> Fax  (650) 833-2001
> aaron.wainscoat@dlapiper.com

DEFENDANTS' STATEMENT OF NON-OPPOSITION TO
MOTION FOR EXTENSION AND MOTION TO WITHDRAW
Case Nos.: 3:12-CV-03865; -03876; -03877; -03880; -03881

4