**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HUAWEI TECHNOLOGIES CO., LTD. And HUAWEI NORTH AMERICA,<br><br>　　　　　Defendants. | Case No. 3:12-cv-03865-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME**<br><br>**DATE:** Thursday, August 17, 2017<br>**TIME:** 10:00 A.M.<br>**PLACE:** Courtroom 4 – 17th Floor<br>**JUDGE:** Hon. Vince Chhabria |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ZTE CORPORATION and ZTE (USA) INC.,<br><br>　　　　　Defendants. | Case No. 3:12-cv-03876-VC |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD. And SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　　Defendants. | Case No. 3:12-cv-03877-VC |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.,<br><br>　　　　　Defendants. | Case No. 3:12-cv-03880-VC |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al, <br><br> Plaintiffs, <br><br> v. <br><br> NINTENDO CO., LTD. and NINTENDO OF AMERICA, INC., <br><br> Defendants. | Case No. 3:12-cv-03881-VC |

## [PROPOSED] ORDER GRANTING
## PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME

Phoenix Digital Solutions LLC, Patriot Scientific Corporation, and Technology Properties Limited LLC ("Plaintiffs") have filed an Unopposed Motion to Enlarge Time (the "Motion"). Having considered the arguments and the papers submitted, and good cause having been shown, the Court hereby GRANTS the Motion.

**IT IS SO ORDERED.**

DATED: __July 24__ ____, 2017

_____
HONORABLE VINCE CHHABRIA
United States District Judge